UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SYPRIDON C. CONTOGOURIS & STEPHEN A. BALDWIN<br><br>Plaintiffs,<br><br>VERSUS<br><br>WESTPAC RESOURCES, LLC, PATRICK N. SMITH, KEVIN M. COSTNER & RABOBANK, N.A.<br><br>Defendants. | * CIVIL ACTION<br>* <br>* NO. 10-4609<br>* <br>* SECTION "F"<br>* <br>* JUDGE FELDMAN<br>* <br>* MAGISTRATE JUDGE SUSHAN |

*********************************************

### KEVIN M. COSTNER'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

**NOW INTO COURT**, through undersigned counsel of record comes Defendant, Kevin M. Costner ("Costner"), in response to Plaintiffs' Motion for Leave to File First Amended Complaint. Costner filed a motion to dismiss the plaintiffs' claims against him because the allegations of the original complaint do not meet the pleading requirements and fail to state an actionable claim against Costner. Plaintiffs' opposition to Costner's motion to dismiss essentially concedes the inadequacy of the complaint and notes that the plaintiffs would be filing a motion

1048108v.1

for leave to file the First Amended Complaint to cure the deficiencies of the original complaint. The Motion for Leave to was filed and noticed for hearing before Magistrate Judge Sally Shushan without first seeking Costner's consent.

Costner does not object to the filing of the First Amended Complaint but does not concede that the First Amended Complaint satisfies the pleading requirements for such claims.

Costner will file a motion to dismiss the complaint as amended because the First Amended Complaint still does not present plausible facts that state a viable cause of action against Costner.

Respectfully submitted this 1st day of March, 2011.

/s/    *Lesli D. Harris*
Wayne J. Lee, 7916 (T.A.)
Lesli D. Harris, 28070
   Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130-3588
Telephone: (504) 581-3200

Attorneys for Kevin M. Costner

# **C E R T I F I C A T E**

I, Lesli D. Harris, do hereby certify that on March 1, 2011, I electronically filed the foregoing pleading, Kevin M. Costner's Response to Plaintiffs' Motion to File First Amended Complaint, with the Clerk of the Court using the ECF System which sent notification of such filing to the following:

Roy Clifton Cheatwood
Alexander McVoy McIntyre, Jr.
Baker Donelson Bearman Caldwell & Berkowitz
201 St. Charles Avenue
Suite 3600

1048108v.1

New Orleans, Louisiana  70170
504-566-5200
rcheatwood@bakerdonelson.com
amcintyre@bakerdoneslon.com

Thomas M. Flanagan
Andy Joseph Dupre
Stephen M. Pesce
Flanagan Partners, LLP
201 St. Charles Avenue
Suite 2405
New Orleans, Louisiana  70170
504-569-0235
tflanagan@flanaganpartners.com
adupre@flanaganpartners.com
spesce@flanaganpartners.com

George W. Healy, IV
George W. Healy, IV & Associates, PLLC
1323 28th Avenue
Suite A
Gulfport, Mississippi  39501
228-575-4005
gwhealyiv@aol.com

Henry A. King
Monica J. Manzella
Timothy S. Madden
King, Krebs & Jurgens, PLLC
Place St. Charles
201 St. Charles Avenue
45th Floor
New Orleans, Louisiana  70170
504-582-3800
hking@kingkrebs.com
mwaldron@kingkrebs.com
tmadden@kingkrebs.com


Randolph J. Waits
John F. Emmett
Matthew F. Popp
Waits, Emmett & Popp
1515 Poydras St.
Suite 1950
New Orleans, Louisiana  70112

504-581-1301
504-585-1796 (fax)
rwaits@weplaw.com
jemmett@wep-law.com
mpopp@wep-law.com

William L. Prickett
Erik W. Weibust
Ryan Malloy
Seyfarth Shaw, LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, Massachusetts 02210
617-946-4902
wprickett@seyfarth.com

                                            /s/  *Lesli D. Harris*