UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SPYRIDON C. CONTOGOURIS, ET AL | CIVIL ACTION |
| VERSUS | NO. 10-4609 |
| PACIFIC WEST RESOURCES, LLC, ET AL. | SECTION "F" |

### **J U D G M E N T**

This matter came on for trial with a jury on June 4, 2012.  Considering the answers to the verdict form and the directive of the Court to enter judgment, accordingly;

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendants, Pacific West Resources, LLC, Patrick Smith and Kevin Costner, and against plaintiffs, Spyridon Contogouris and Stephen Baldwin, dismissing plaintiffs' suit with costs.

IT IS FURTHER ORDERED that defendants' counterclaim is hereby dismissed.

New Orleans, Louisiana, this 18th day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE