UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SPYRIDON C. CONTOGOURIS, ET AL. | CIVIL ACTION |
| Versus | NO: 10-4609 |
| WESTPAC RESOURCES, ET AL. | SECTION "F" |

ORDER AND REASONS

Before the Court is the plaintiffs' request for oral argument on their motion for a new trial. The request is DENIED for the following reasons.

It is the Court's policy to grant oral argument on motions if one of the following factors is present:

1. There is a need for an evidentiary hearing.
2. The motion or opposition papers involve a novel or complex issue of law that is unsettled.
3. The motion or opposition papers argue for a change in existing law.
4. The motion or opposition papers implicate a constitutional issue.
5. The case itself is of widespread community interest.

Because the motion does not involve any of the above factors, IT IS ORDERED: that the request for oral argument on the plaintiffs' motion for a new trial is DENIED.

1

New Orleans, Louisiana, July 19, 2012.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE